1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  RODNEY C. VILLAZOR (NYBN 4003596)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3689
7  Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND BRANCH
13

14 UNITED STATES OF AMERICA,        )   No. CR 12-00391 SBA
                                    )
15          Plaintiff,               )
                                    )
16     v.                            )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO EXCLUDE TIME
17 BENJAMIN FRANCISCO CADILLO,      )
                                    )
18          Defendant.               )
                                    )
19 _____

20     The above-captioned matter having been heard on November 27, 2012 before U.S.
21 Magistrate Judge Kandis A. Westmore for a report and recommendation for a change of
22 plea, and the proposed plea agreement submitted for consideration by the Court, and the
23 matter being set on February 19, 2013 for sentencing before U.S. District Judge Saundra
24 Brown Armstrong, the parties request that this Court exclude time under the Speedy Trial
25 Act between November 27, 2012 and February 19, 2013. The parties stipulate that the
26 time is excludable from the time limitations of the Speedy Trial Act because the interests
27 of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(1)(G).
28
STIPULATION AND EXCLUSION OF TIME
CR 12-00391 SBA
                                            1

Such continuance is required to afford time for consideration by the Court of the proposed plea agreement to be entered into by the defendant and the government. As such, the parties respectfully request that the time between November 27, 2012 and February 19, 2013 be excluded under U.S.C. § 3161(h)(1)(G).

DATED: November 27, 2012                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            /s/ Rodney C. Villazor
                                            RODNEY C. VILLAZOR
                                            Assistant United States Attorney

                                            /s/ Linda Fullerton
                                            LINDA FULLERTON
                                            Attorney for Benjamin Francis Cadillo

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for consideration of the proposed plea agreement by the Court, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(1)(G), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until February 19, 2013.

IT IS SO ORDERED.

DATED: 11/27/12

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND EXCLUSION OF TIME
CR 12-00391 SBA

2