UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BENAJMIN FRANCISCO CADILLO,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No: C 14-2303 SBA<br><br>2255 MOT. – See CR 12-391 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to a written plea agreement, Petitioner pled guilty to one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). On May 14, 2013, the Court sentenced Petitioner to 80 months in the custody of the Bureau of Prisons. On May 16, 2014, Petitioner filed a pro se motion challenging his sentence, pursuant to 28 U.S.C. § 2255. Accordingly,

IT IS HEREBY ORDERED THAT the United States shall file and serve an opposition to Petitioner's 2255 motion by July 22, 2014. If Petitioner desires to submit a reply brief, he shall do so by no later than September 30, 2014. The matter will be deemed submitted on the date the Reply is due.

IT IS SO ORDERED.

Dated: May 20, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge